UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dirty Dishes, LLC, d/b/a The Table | : | Case No. 2:17-cv-00575 |
| Plaintiff, | : | Chief Judge Edmund A. Sargus, Jr. |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| Giant Eagle, Inc., | : | |
| Defendant. | : | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court that the parties have settled and compromised all of the claims asserted in the Verified Complaint by means of a written Concurrent Use and Settlement Agreement, the Effective Date of which is October 30, 2017, and the Court being otherwise fully informed in the premises, it is hereby ORDERED, ADJUDGED, AND DECREED that the Verified Complaint be and hereby is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

The Court shall retain jurisdiction over this action and the parties hereto for the sole purpose of implementing and enforcing the terms and conditions of the aforementioned Concurrent Use and Settlement Agreement, resolving any disputes thereunder, and entertaining such further proceedings and entering such further orders as may be necessary or appropriate to implement and enforce the provisions of the aforementioned Concurrent Use and Settlement Agreement.

_____ 11-15-2017
Edmund A. Sargus, Jr.
United States District Judge

21427621.1

Have Seen And Agreed To:

/s/ Lawrence D. Walker
Lawrence D. Walker (0012036
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: (614) 221-2838
Facsimile: (614) 221-2007
Email: walker@taftlaw.com
*Attorney for Plaintiff*

/s/ Michael H. Carpenter
Michael H. Carpenter (0015733)
Carpenter Lipps & Leland LLP
280 North High Street, Suite 1300
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
Email: carpenter@carpenterlipps.com
*Attorney for Defendant*